```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-00384 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Kim Collier, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kim Collier, in the principal amount of $1,827.76 plus interest accrued to January 11, 2012, in the sum of $2,176.97; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,004.73**.

DATED: 5/24/2012        By:___TERRY NAFISI_____
                              Clerk of the Court
                              L. RAYFORD
                              _____
                              Deputy Clerk
                              United States District Court

Page 5